IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 JUL 14 PM 4:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CR. NO. 03-20334-Ma |
| PRISCILLA McNEAL, ) | |
| Defendant. ) | |

ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

This matter is set for a re-sentencing hearing on Tuesday, August 23, 2005 at 1:45 p.m. The defendant, Priscilla McNeal, #19157-076, is confined as a prisoner at Federal Medical Center, Carswell, Ft. Worth, Texas. It is necessary to have Priscilla McNeal appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Federal Medical Center, Carswell, Ft. Worth, Texas, to have said Priscilla McNeal before this court for the hearing.

/s/ Samuel H. Mays, Jr.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July  14 , 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-19-05

41



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CR-20334 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT